# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILIAM DUANE ANTHONY**                                                     **PLAINTIFF**

**v.**                      **Case No. 4:22-cv-1289-JM**

**WHITE RIVER CONSTRUCTION**                                  **DEFENDANT**

## ORDER

On February 14, 2023, this Court screened William Anthony's Complaint, determined it was inadequately pleaded, and ordered him to amend his Complaint within 30 days. (Doc. 5). The Court warned that failure to do so would result in the dismissal of his Complaint. (*Id*.). Mr. Anthony has not amended his Complaint, and the time to do so has passed. Because Mr. Anthony has not complied with the Court's February 14th Order as required by the Local Rules, his complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE